UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
UNITED STATES OF AMERICA
                  Government,

-against-

**ARDEAN BUGGS**
                Defendant.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx



Sentence date: Dec. 16, 2005 @ 11:30

**ORDER OF REFERRAL**
CR05-00456 (CBA) (RLM)

AMON, U.S. DISTRICT JUDGE

    The defendant, **ARDEAN BUGGS** having applied for permission to enter a plea of guilty, the Court refers the matter to USMJ **Roanne L. Mann** to determine if the defendant, after full consultation with his/her counsel wishes to consent to enter his/her plea of guilty before a Magistrate-Judge. If both the Government and the defendant so consent, the Magistrate-Judge is directed to **(1)** obtain in writing, the consent of all parties, **(2)** conduct the allocution pursuant to F.R. Crim.P., Rule 11, **(3)** make a finding as to whether the plea is knowingly and voluntarily made and not coerced, and **(4)** make a recommendation as to whether the plea of guilty should be accepted.

    To facilitate the Court's review of the transcript of the plea before sentencing, the Court asks the Magistrate-Judge to use the allocution drafted by the Court in taking a guilty plea.

    SO ORDERED.

Dated: Brooklyn, New York
September 27, 2005

/S/ HON. CAROL B. AMON
_____
Carol Bagley Amon
United States District Judge